IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| James Thomas, | ) | C/A No. 0:19-413-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Marion County Detention Center, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff, James Thomas, a self-represented state pretrial detainee, filed this civil rights action. By order issued March 7, 2019, Plaintiff was provided an opportunity to submit the documents necessary to bring the case into proper form for evaluation and possible service of process. (ECF No. 7.) Plaintiff was warned that failure to provide the necessary information within a specific time period would subject the case to dismissal. Plaintiff did not respond to the Order and the time for response has lapsed. Plaintiff has failed to prosecute this case and has failed to comply with an order of this Court. Therefore, the case is dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. See Link v. Wabash R.R. Co., 370 U.S. 626 (1962).

IT IS SO ORDERED.

April 16, 2019
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge